IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| ANDREW LAWRENCE BARNETTE-KRUGER, | ) |
|---|---|
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:24-CV-04184-BCW ) ) |
| STATE OF MISSOURI et al., | ) ) |
| Defendants. | ) |

## ORDER

Before the Court is Chief Magistrate Judge Willie J. Epps, Jr.'s Report and Recommendation (Doc. #6) concerning pro se Plaintiff Andrew Lawrence Barnette-Kruger's Motion for Leave to Proceed in Forma Pauperis (Doc. #1).

On October 17, 2024, Judge Epps denied Plaintiff's Motion for Leave to Proceed in Forma Pauperis. (Doc. #4). The Court found Plaintiff demonstrated he cannot pay the filing fee or incur the costs of these proceedings but the proposed complaint, which relates to a traffic stop involving Plaintiff, failed to state a claim upon which relief may be granted.

On November 7, 2024, Judge Epps issued the instant Report and Recommendation dismissing Plaintiff's case based on the complaint's failure to state a claim. (Doc. #6). On November 19, 2024, Plaintiff objected to the Report and Recommendation. (Doc. #60). Plaintiff's objection does not challenge the Report's factual findings, but rather restates Plaintiff's claims regarding the traffic stop.

The Court, after an independent review of the record and the applicable law, adopts the Magistrate's Report and Recommendation. Accordingly, it is hereby

1

ORDERED that the Magistrate's Report and Recommendation (Doc. #6) be attached to and made part of this Order. It is further

ORDERED the above-captioned matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED: January 7, 2025 /s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT